1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  DAVID M. PAXTON (CASBN 266940)
   Assistant United States Attorney

5

6    150 Almaden Boulevard
     San Jose, California 95113
     Telephone: (408) 535-5040

7    Facsimile:  (408) 535-5066
     Email: david.paxton@usdoj.gov

8

   Attorneys for the United States of America

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )    No.    CR 10-00128 JW
                                       )
15      Plaintiff,                     )    STIPULATION AND [PROPOSED]
                                       )    ORDER EXCLUDING TIME FROM
16      v.                             )    FEBRUARY 25, 2010 TO MARCH 29,
                                       )    2010 FROM THE SPEEDY TRIAL ACT
17  MAURICIO ESTRADA-RAMIREZ,          )    CALCULATION (18 U.S.C. §
                                       )    3161(h)(8)(A))
18      Defendant.                     )
                                       )
19  _____ )

20      On February 25, 2010, the parties appeared for a hearing before this Court.  At that

21  hearing, the government and defense requested an exclusion of time under the Speedy Trial Act

22  based upon the defense counsel's need to effectively prepare by reviewing discovery materials

23  submitted by the government and the need to jointly negotiate a resolution in this matter.  At that

24  time, the Court set the matter for a hearing on March 29, 2010.

25      The parties stipulate that the time between February 25, 2010 and March 29, 2010 is

26  excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

27  requested continuance would unreasonably deny defense counsel reasonable time necessary for

28  effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

                                       1

1   that the ends of justice served by granting the requested continuance outweigh the best interest of

2   the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18

3   U.S.C. §3161(h)(8)(A).

4

5   DATED: March 5, 2010                              JOSEPH P. RUSSONIELLO
                                                      United States Attorney
6

7                                                         /s/
                                                      _____
                                                      DAVID M. PAXTON
8                                                     Assistant United States Attorney

9

10                                                        /s/
                                                      _____
                                                      LARA S. VINNARD
11                                                    Attorney for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
ORDERS that the time between February 25, 2010 and March 29, 2010 is excluded under the
Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested
continuance would unreasonably deny defense counsel reasonable time necessary for effective
preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that
the ends of justice served by granting the requested continuance outweigh the best interest of the
public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The
court therefore concludes that this exclusion of time should be made under 18 U.S.C.
§3161(h)(8)(A).

IT IS SO ORDERED.

DATED:   March 26, 2010

JAMES WARE
UNITED STATES DISTRICT JUDGE

3